# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company, and MONSTER CABLE PRODUCTS, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>SAKAR INTERNATIONAL, INC., a New Jersey Corporation,<br><br>and<br><br>T.J. MAXX, INC. a Massachusetts Corporation<br><br>Defendants. | Judge: John W. Darrah<br>Magistrate Judge Arlander Keys<br>Case No. 1:10-cv-01555 |

## MOTION TO ENTER ORDER FOR STIPULATED AND FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs, Beats Electronics, LLC ("Beats") and Monster Cable Products, Inc. ("Monster"), and Defendant Sakar International, Inc. ("Sakar"), have entered into a Settlement Agreement, settling all issues in this matter. Pursuant to their Settlement Agreement, Plaintiff Beats hereby moves this Court to enter the attached Stipulated and Final Judgment and Permanent Injunction, which has been agreed to by Plaintiffs and Sakar.

Respectfully submitted,

Beats Electronics, LLC

/Maurice E. Finnegan, III/
One of its Attorneys

Robert E. Browne

Michael G. Kelber
Maurice E. Finnegan, III
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 17, 2011, I caused to be served MOTION TO ENTER ORDER FOR STIPULATED AND FINAL JUDGMENT AND PERMANENT INJUNCTION to:

Ezra Sutton, Esq.  ☒  via ECF filing.
Ezra Sutton, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095

I declare under penalty of perjury under the laws of the United States May 17, 2011, at Chicago, Illinois.

/s/ Maurice E. Finnegan, III
Maurice E. Finnegan, III

NGEDOCS: 1810878.1